Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

Southern District of California ▼



FILED
Jun 05 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ melindajwilliams  DEPUTY

_____ Division

LATONYA HENDRICKS

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

US DEPT OF HEALTH AND HUMAN SERVICES ET AL

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. **'23CV1050 RSH BLM**
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ✔ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**I.    The Parties to This Complaint**

    **A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | LATONYA HENDRICKS |
| Address | 299 17TH STREET |
| | SAN DIEGO, CA, 92101 |
| | *City, State, Zip Code* |
| County | SAN DIEGO |
| Telephone Number | (916) 432-0038 |
| E-Mail Address | |

    **B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | US DEPT OF HEALTH AND HUMAN SERVICES |
| Job or Title *(if known)* | |
| Address | 200 Independence Avenue, S.W. |
| | WASHINGTON, DC, 20201 |
| | *City, State, Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☐ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | UNITED STATES DEPT OF AGRICULTURE |
| Job or Title *(if known)* | 1400 Independence Avenue, S.W. |
| Address | |
| | Washington, DC, 20250 |
| | *City, State, Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☐ Official capacity

**Defendant No. 3**

Name: California Department of Social Services
Job or Title *(if known)*:
Address: 744 P Street
Sacramento, CA 95814
City / State / Zip Code
County: Sacramento
Telephone Number: (916) 651-8848
E-Mail Address *(if known)*: piar@dss.ca.gov

☐ Individual capacity  ☐ Official capacity

**Defendant No. 4**

Name: Colorado Department of Human Services
Job or Title *(if known)*:
Address: 1575 Sherman St.
Denver, CO 80203
City / State / Zip Code
County: Denver
Telephone Number: 303.866.5700
E-Mail Address *(if known)*: madlynn.ruble@state.co.us

☐ Individual capacity  ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

First and fourteenth amendments of the US Constitution

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

First and fourteenth amendments of the US Constitution

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

All Defendants act under color of law as agents of the United States Government/USDA/USDHHS to administer federal and state child welfare, cash assistance, food and medical assistance.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

744 P STREET SACRAMENTO CA 95814
299 17TH STREET SAN DIEGO CA 92101
115-D CORAL STREET SANTA CRUZ, CA 95060
1600 PACIFIC HWY AND 8965 BALBOA AVE SAN DIEGO CA 92123

B. What date and approximate time did the events giving rise to your claim(s) occur?

JANUARY 2020 THROUGH MAY 2023 AND ONGOING

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
Plaintiff receives SSI for the blind/disabled and entitled to accessible appeals hearings/conferences. Plaintiff is blind, physically and mentally disabled. Plaintiff provided verification letter from licensed medical and blindness/disbaility experts to document that all of the policy modifications, reasonable accommodaitons and disability assistance she requested is medically necessary in order to have equal access to Defendants programs, services, facilities, website and forms/applicaitons and to complete tasks required by the Defendants to determine and maintain benefits under Defendants programs/services. Plaintiff requested alternative format documents/forms/applicaitons as prescribed by her doctor (accessible audio word searchable)/effective accessible communicaiton, qualified reader/interpreter/scribe and physical moditifactions to the local office and website/application to allow equal access and full enjoyment for those patrons who are vision impaired, print disabled, learning/mentally disabled and those who must use adaptive equipment/software to fill out forms/applications with voice due to physical disabilities. Defendants retaliated for ligitimate ADA request/complaints by using "abuse of process", weaponizing law enforcement and fraud investigators

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Plaintiff was subjected to: Abuse of Process: False arrest/imprisonment, repeated harassment/intimidation/interrogations by fraud investigators, illegal search and seizure of property, denial of access to necessities including but not limited to a safe place to shelter during the pandemid emergency, food, clothing, medical care and prescriptions/medically prescribed diet for life-threatening illness, wages and particiaption in SSA Ticket to Work employment training programs for the disabled, full and equal enjoyment of the facilities, programs services and benefits offered by Defendants. Sunjected to illegal and unjustified sanctions/overpayment collections and intentional programs violations allegations (Slander/Libel) under rules for able bodied working adults who do not receive SSI.

Unruh Act violations: Plaintiff was deprived of effective accessible communicaiton, denied a qualified reader/interpreter, deprived of policy modifications/temporary absensce for medical and disability related reasons allowed under state and federal programs regulations and suffered mental and emotional anguish, loss of enjoyment of life, incovenience, denied access to properly calculated state and federal benefits

But for Plaintiff's disabilities and ADA/Civil Rights enforcement activities Defendants would not have committed these wrongs against Plaintiff nor excluded her from federal and state programs/benefits because Plaintiff has " categorical eligibility for all services, benefits, programs and should be allowed modificaitons to have equal access to facilities of the Defendants with accommodaitons/policy modifications.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

200 hundred million dollars and punitive/actual damages along with Unruh Act damages (see above)

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/29/2023

Signature of Plaintiff   *LaTonya D Hendricks*
Printed Name of Plaintiff   LATONYA HENDRICKS

### B. For Attorneys

Date of signing: 

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

*City*   *State*   *Zip Code*

Telephone Number
E-mail Address