UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATONYA HENDRICKS,<br><br>            Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES et al.,<br><br>            Defendants. | Case No.: 23-cv-1050-RSH-BLM<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On July 17, 2023, the Court denied Plaintiff's motion to proceed *in forma pauperis* ("IFP") as incomplete. ECF No. 4. The order denying the IFP motion advised that if Plaintiff did not pay the mandatory civil filing fee, or file a renewed and complete IFP application by August 16, 2023, the Court would dismiss the case without prejudice. Because Plaintiff has neither paid the mandatory civil filing fee nor filed a renewed and

1

23-cv-1050-RSH-BLM

1 | complete IFP application, the Court **DISMISSES** this case **WITHOUT PREJUDICE** and
2 | directs the Clerk to close the case.
3 |     **SO ORDERED.**
4 |     Dated: August 22, 2023

*Robert S. Huie*
_____
Hon. Robert S. Huie
United States District Judge